

# NUMBER 13-23-00038-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**MIG CAMPNIL PROPERTIES, LLC,
TPI SUNRISE PALMS, LLC, AND
TARANTINO PROPERTIES, INC.,**                                    **Appellants,**

**v.**

**MATTHEW TODD GILLESPIE,**                                          **Appellee.**

## ON APPEAL FROM THE 357TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Silva
### Memorandum Opinion by Justice Benavides

We previously abated this appeal at the request of the parties. The parties have

now filed a joint motion signed by their attorneys informing the Court that they have settled

the underlying dispute. We grant the motion, and in accordance with the parties'

agreement, we reinstate the appeal, vacate the trial court's judgment, remand the case to the trial court for rendition of judgment in accordance with the agreement, release the sureties on the supersedeas bonds posted in the case, and order that each party bear their own costs. *See* TEX. R. APP. P. 42.1(a)(2)(B), (d).

GINA M. BENAVIDES
Justice

Delivered and filed on the
23rd day of May, 2024.